UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARL S. FULMORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:11-cv-00389-TWP-TAB |
| M & M TRANSPORT SERVICES, INC., | ) ) ) |
| Defendant. | ) ) |

## DECLARATION OF MARK WARSOFSKY

Pursuant to 28 U.S.C. §1746, Mark Warsofsky declares as follows:

1. I, Mark Warsfosky, am the President of M&M Transport Services, Inc., the defendant in this action.

2. I have personal knowledge of the information provided in this Declaration.

3. M&M Transport Systems, Inc. is working to obtain *supersedeas* bonds in the total amount of $3,500,000 in this action.

4. On August 19, 2013, I executed Bond No. 8304-20-87 in the amount of $500,000 issued by Vigilant Insurance Company. I anticipate that bond will be filed with the Court on or about August 20, 2013.

5. I also am working with M&M Transport Systems, Inc.'s insurance broker, Rodman Insurance Agency, Inc., to secure an additional bond in the amount of $3,000,000.

6. Pursuant to the work described in Paragraph 5 above, M&M Transports Systems, Inc. anticipates that it will file with the Court a bond in the amount of $3,000,000 to be issued by Corepoint Insurance Company on or before August 26, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/20/13

Mark Warsofsky

**EXHIBIT A**