UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARL S. FULMORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:11-cv-00389-TWP-TAB |
| | ) |
| M & M TRANSPORT SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO APPROVE *SUPERSEDEAS* BOND
IN THE AMOUNT OF $500,000**

Defendant M&M Transport Services, Inc., by counsel, respectfully requests that this Court approve the attached *supersedeas* bond and in support states:

1. A judgment was entered in the above-captioned case on August 6, 2013, in the United States District Court for the Southern District of Indiana against M & M Transport Services, Inc. and in favor of Plaintiff. (Doc. No. 132)

2. Defendant is preparing post-trial motions with this Court that are due on September 3, 2013, which motions may include motions under Federal Rules of Civil Procedure 50 and 59.

3. Defendant desires to suspend enforcement of the judgment pending determination of its post-trial motions pursuant to F.R.C.P. 62(b).

4. Defendant has filed with this motion a separate Motion for Stay of Execution of the Judgment requesting that the attached *supersedeas* bond of $500,000 and a separate *supersedeas* bond of $3,000,000 both apply through the determination of any appeal from a final

1

judgment in this action, subject to an application to this Court affirming the filing of a timely notice of appeal pursuant to F.R.C.P. 62(d).

5.   In summary, the attached bond provides that Vigilant Insurance Company has undertaken and promises to pay Carl S. Fulmore damages, costs, and interest that may be awarded to him following the determination of post-trial motions and appeals in this matter up to the sum of $500,000.00 if M & M Transport Services, Inc. fails to pay the final judgment amount after the expiration of all stays of execution pending determination of timely-filed post-trial motions and appeals in this action, including any costs that this Court or the United States Court of Appeals for the Seventh Circuit may award.

6.   The terms and conditions of the *supersedeas* bond are set forth in more detail in Exhibit A hereto.

7.   If M & M Transport Services, Inc. fulfills its obligations on the final judgment entered after all post-trial motions and appeals are decided, then the obligation of the surety will become void.  Otherwise, the obligation will remain in full force and effect.

8.   Defendant separately is obtaining a *supersedeas* bond in the amount of $3,000,000 from Corepoint Insurance Company.  (*See* Exhibit A to Motion for Stay of Execution of the Judgment).  Defendant will seek approval for that bond as soon as it is available to be filed with the Court.

WHEREFORE, Defendant moves the Court for an order approving the attached *supersedeas* bond in the amount of $500,000.

        Respectfully Submitted,

        /s/ Michael W. Padgett
        Michael W. Padgett, Atty. No. 16162-49
        Jackson Lewis LLP
        10 West Market Street, Suite 2400
        Indianapolis, Indiana 46204
        Tel: (317) 489-6930
        Fax: (317) 489-6931
        E-mail: padgettm@jacksonlewis.com

        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2013, a copy of the foregoing *Defendant's Motion to Approve Supersedeas Bond* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        Richard L. Darst
        Cohen, Garelick & Glazier
        8888 Keystone Crossing Boulevard, Suite 800
        Indianapolis, Indiana 46240-4636
        rdarst@cgglawfirm.com


        /s/ Michael W. Padgett
        Michael W. Padgett

4812-1312-1557, v. 1