**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| CARL S. FULMORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:11-cv-00389-TWP-TAB |
| | ) |
| M & M TRANSPORT SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant, M&M Transport Services, Inc., filed two separate Motions to Approve *Supersedeas* Bond (Dkts. 139 and 145) pursuant to Federal Rule of Civil Procedure 62(b). Attached to each motion was a copy of the respective *supersedeas* bond. The Court granted these motions on August 29, 2013 (Dkt. 151). In its Entry, the Court instructed that "…M&M Transport must file its anticipated motions and the *supersedeas* bonds by or on September 3, 2013" (Dkt.151 at 3). The Court notes that M&M Transport had previously filed a copy of each *supersedeas* bond; however, the Court's intent is that the original copy of each bond should be maintained with the Clerk of this court.

Fed. R. Civ. P. 62(b) and (d) provide for the posting of a *supersedeas* bond when a party seeks to stay execution of a judgment pending a motion for a new trial (62(b)) or appeal (62(d)). Two points are worth noting. Rule 62(d) is triggered after a party files its notice of appeal, an event that has not occurred here, and Rule 62(d) is governed by the Federal Rules of Appellate Procedure. Federal Rule of Appellate Procedure 8(b) provides, in part:

> If a party gives security in the form of a bond or stipulation or other undertaking with one or more sureties, *each surety submits to the jurisdiction of the district court* and irrevocably appoints the district clerk as the surety's agent on whom any papers affecting the surety's liability on the bond or undertaking may be served.

Fed. R. App. P. 8(b) (emphasis added). Here, the Court uses the standard under Rule 62(d) in finding that the *supersedeas* bonds should be filed with the court because it is substantially identical to the standard under Rule 62(b) and because M&M Transport has indicated that it is likely to appeal the underlying verdict.

Accordingly, the Court in its discretion **ORDERS** M&M Transport to file with the Court the original bonds secured within **seven (7) days of the date of this Order**. Original bonds filed with the Court will be maintained in a locked safe within the Financial Department of the United States District Court Clerk's Office.

**SO ORDERED**.

Date: 09/12/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Richard L. Darst
COHEN GARELICK & GLAZIER
rdarst@cgglawfirm.com

Melissa S. Vare
JACKSON LEWIS LLP
varem@jacksonlewis.com

Michael W. Padgett
JACKSON LEWIS LLP
padgettm@jacksonlewis.com

Craig W. Wiley
JACKSON LEWIS LLP - Indianapolis
craig.wiley@jacksonlewis.com

United States District Court Clerk's Office